UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02376-JLS-DFM                      Date: November 09, 2022
Title:  Gilbert Salinas v. SHC Laguna Niguel I, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                           Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER: (1) LIFTING STAY; AND (2) TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On October 4, 2022, the parties filed a status report requesting that the Court lift its stay in this case.  (Doc. 35.)  The Court GRANTS the parties' request.

The parties differ as to whether the Ninth Circuit's decision in *Love v. Marriott Hotel Services*, 40 F.4th 1043 (9th Cir. 2022), is fully dispositive of this case and warrants dismissal.   (Doc. 35 at 2.)  Defendant filed a Motion to Dismiss before the Court stayed the case. (Doc. 12.)  Defendant requests that the Court grant its Motion summarily.  (Doc. 35 at 4.)  Plaintiff, on the other hand, requests that the Court not dismiss the case without fully noticed briefing from both sides.  (*Id.* at 2.)

Given the parties' positions, the Court ORDERS Plaintiff to file a response to Defendant's Motion to Dismiss no later than November 14, 2022.  Defendant may file a Reply no later than seven (7) days thereafter.  The matter shall be deemed under submission upon receipt of the briefing.  The Court will decide the Motion on the briefs unless it otherwise sets a hearing date.

                                                                       Initials of Deputy Clerk: vrv